AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00091 |
| John Flanagan | ) Assigned To : Judge Robin M. Meriweather |
|  | ) Assign. Date : 3/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Flanagan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and remaining and disorderly conduct in a restricted building or grounds; and
40 U.S.C. § 5104(e)(2)(D) and (G) – Parading, picking, and demonstrating and disorderly conduct in a Capitol building.

Date: 03/06/2024

Issuing officer's signature: 2024.03.06 20:09:39 -05'00'

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/6/24, and the person was arrested on *(date)* 3/7/24
at *(city and state)* Covington, KY.

Date: 3/7/24

Arresting officer's signature

William T. Samad TFO
*Printed name and title*